# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JUSTIN ORTEGA,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>EVANS, Warden<br><br>　　　　　　Respondent.<br>_____/ | 1:08-cv-00894 DLB HC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DENYING MOTION FOR STAY AND ABEYANCE, WITHOUT PREJUDICE<br><br>[Docs. 9, 10] |

　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　Petitioner filed the instant petition for writ of habeas corpus on June 9, 2008, in the United States District Court for the Eastern District of California, Sacramento Division. (Court Doc. 1.) By order of June 25, 2008, the petition was transferred to this Court. (Court Doc. 4.)

　　On July 14, 2008, the Court issued an order to show cause regarding exhaustion as it appeared one of Petitioner's two claims was not exhausted. (Court Doc. 7.) On August 22, 2008, Petitioner filed a motion to stay and hold the petition in abeyance pending exhaustion of the unexhausted claim. (Court Doc. 9.)

　　On September 3, 2008, without ruling on Petitioner's motion to stay, the Court issued a second order to show cause regarding exhaustion, as it was unclear whether Ground Two of the petition was exhausted. (Court Doc. 10.) Petitioner filed a response on September 23, 2008. (Court Doc. 11.)

1

1  Because it appears that Petitioner may have exhausted Ground Two of the instant
2  petition, the Court will discharge the order to show cause and deny the motion for stay and
3  abeyance, without prejudice.[1,2]
4  Accordingly, it is HEREBY ORDERED that:
5  1.  The second order to show cause issued September 3, 2008, is DISCHARGED;
6  and,
7  2.  Petitioner's motion for stay and abeyance, is DENIED, without prejudice.

9  IT IS SO ORDERED.
10  Dated:   **October 13, 2008**           **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] However, without the benefit of the entire state court record, the Court cannot make any ruling on whether Petitioner has, in fact, adequately exhausted this claim to the state court.

[2] In a separate order issued concurrently herewith, the Court is directed Respondent to submit a response to the petition.

2