IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL JUSTIN ORTEGA,**<br><br>                              Petitioner,<br><br>        v.<br><br>**EVANS, Warden,**<br><br>                              Respondent. | 1:08-cv-00894 LJO DLB HC<br><br>**ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION**<br>(Doc. 19) |

IT IS HEREBY ORDERED that the application for first enlargement of time within which to file an Answer to the petition for writ of habeas corpus be granted enlarging by thirty (30) additional days the time for Respondent to file a responsive pleading and allowing Respondent to and including February 11, 2009, to file such pleading.

IT IS SO ORDERED.

Dated:    **December 23, 2008**            /s/ Dennis L. Beck
                                                   UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1