IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL JUSTIN ORTEGA,**<br><br>                                    Petitioner,<br><br>    v.<br><br>**EVANS, Warden,**<br><br>                                    Respondent. | 1:08-cv-00894 LJO DLB HC<br><br>ORDER GRANTING RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION<br><br>(DOCUMENT #22) |

      IT IS HEREBY ORDERED that the application for second enlargement of time within which to file an Answer to the petition for writ of habeas corpus be granted enlarging by thirty (30) additional days the time for Respondent to file a responsive pleading and allowing Respondent to and including March 13, 2009, to file such pleading.

    IT IS SO ORDERED.

    **Dated:  February 9, 2009**                    **/s/ Dennis L. Beck**
                                                                           UNITED STATES MAGISTRATE JUDGE

[

1