# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JUSTIN ORTEGA,<br><br>        Petitioner,<br><br>   v.<br><br>EVANS, Warden<br><br>        Respondent.<br>_____/ | 1:08-cv-00894-LJO-DLB (HC)<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT STATE COURT RECORDS |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      Petitioner filed the instant petition for writ of habeas corpus on June 9, 2008. (Court Doc. 1.) On March 5, 2009, Respondent filed an answer to the petition. (Court Doc. 25.) In its answer, Respondent submits that the state court record consisting of Reports's and Clerk's Transcripts were lodged with this Court in connection to the habeas petition filed by codefendant Lopez in Case No. 1:08-CV-00742-VRW. Although codefendant Lopez's was previously assigned to Chief Judge Ishii and Magistrate Judge Snyder, on November 24, 2008, the case was reassigned to Chief Judge Vaughn R. Walker, and the case file was transferred to his chambers. Therefore, this Court no longer has a copy of the file in case number 1:08-CV-00742, and an additional copy of the state court record is necessary for review in this case.

///

///

1

1     Accordingly, it is HEREBY ORDERED that within **thirty (30)** days from the date of
service of this order, Respondent shall submit a complete copy of the state court records.

    IT IS SO ORDERED.

    **Dated:**   **March 18, 2009**           **/s/ Dennis L. Beck**
                                                   UNITED STATES MAGISTRATE JUDGE